IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:21-CV-00482-BO

LANCE JAY ROBBINS, individually and as )
trustee of THE ROBBINS MARITAL )
SETTLEMENT TRUST OF 1994, MII REALTY )
LLC, and BRICK INVESTMENT, L.L.C., )
)
                              Plaintiffs, )
)
v. )
)
ALTOPA, INC., MATTHEW WILSON, NICOLE )
K. WICKER, and DOES 1 through 10, inclusive, )
)
                             Defendants. )
_____ )

## ORDER STAYING DISCOVERY

THIS CAUSE being heard by the undersigned District Court Judge on the Motion of Defendants Altopa, Inc. and Nicole K. Wicker for an order pursuant to 15 U.S.C. § 78u-4(b)(3)(B) to stay discovery in this matter due to the pendency of Motions to Dismiss filed under Rule 12(b)(6) of the Federal Rules of Civil Procedure. It appearing to the Court that 15 U.S.C. § 78u-4(b)(3)(B) mandates a stay of discovery in this matter due to the pendency of Motions to Dismiss filed under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and further finding that all counsel consent to the entry of this Order, the Court hereby finds that the motion to stay discovery should be allowed.

IT IS THEREFORE ORDERED that pursuant to 15 U.S.C. § 78u-4(b)(3)(B), all discovery in this matter, including all matters called for in the February 28, 2022, Order for Discovery Plan

(DE 18), are stayed during the pendency of Motions to Dismiss filed under Rule 12(b)(6) of the Federal Rules of Civil Procedure. (DE 21, 23, and 25)

This the 30 day of March, 2022.

*Terrence W. Boyle*
United States District Court Judge