UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-CV-00482-BO

LANCE JAY ROBBINS, individually and as          )
trustee of THE ROBBINS MARITAL              )
SETTLEMENT TRUST OF 1994, MII REALTY    )
LLC, and BRICK INVESTMENT, LLC,             )
                                                                        )
                              Plaintiffs,              )        **ORDER SUBSTITUTING PARTY**
              v.                                                   )
                                                                        )
ALTOPA, INC., MATTHEW WILSON, NICOLE  )
K. WICKER, AND DOES 1 through 10              )
inclusive,                                                      )
                                                                        )
                              Defendants.             )
                                                                        )

THIS MATTER comes before the Court on the parties' Consent Motion to

Substitute Executor for Deceased Plaintiff Lance Jay Robbins as a Plaintiff and

Counterclaim-Defendant in this action [DE 83]. The Court, having considered the

Motion to Substitute, the consent of the parties, and other appropriate matters of

record, concludes that the motion should be granted.

THEREFORE, IT IS ORDERED that Aaron Iskowitz, Executor of the Estate

of Lance Jay Robbins shall be substituted for the late Lance Jay Robbins as a Plaintiff

and Counterclaim-Defendant.

This the 22 day of February, 2024.

*Terence Boyle*

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE